## RETURN FOR GPS/CELL SITE WARRANT

This return is being submitted pursuant to Federal Rule of Criminal Procedure 41(f)(2) in relation to the court-authorized warrant in case no. 2:19-MJ-02871 (the "Warrant"). The Warrant was signed on July 16, 2019, by the Hon. Paul L. Abrams, United States Magistrate Judge.

The Warrant authorized the disclosure of GPS and/or cell-site information relating to the following telephones: **Subject Telephone 1** and **Subject Telephone 2** (collectively, the "**Subject Telephones**"), as described in the Warrant. The Warrant was used to obtain cell-site and/or GPS information from the Service Provider(s) for the **Subject Telephones** from July 22, 2019, at approximately 11:29 a.m. (PST) to August 1, 2019, at approximately 11:59 p.m. (PST).

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, that this is a true notation of the date and time of installation and the period of use for the **Subject Telephones** pursuant to the Warrant, and that this was returned along with the Warrant to the designated judge through a filing with the Clerk's Office.

___08/19/2019___
DATE

SA _____
Logan D. Bonifas, Special Agent
Drug Enforcement Administration